UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DAVID WAYNE KAISER
SSN: xxx-xx-7894

CASE NUMBER:    03-37179
CHAPTER 13

MARILYN ANN KAISER
SSN: xxx-xx-8830
Debtors

NOTICE TO RISK MANAGEMENT ALTERNATIVES, INC.
THAT $445.68 HAS BEEN DEPOSITED INTO THE COURT'S
UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Risk Management Alternatives, Inc., creditor herein, and deposits $445.68 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Risk Management Alternatives, Inc. was:

   1829 Reisterstown Road, Suite 300
   Baltimore, MD 21208

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Not Deliverable as Addressed" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That this case is in the process of being closed;

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: September 13, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on  September 13, 2010

By U.S. Mail postage prepaid

Debtors: David and Marilyn Kaiser, 303 N. Main St., P. O. Box 206, Wanatah, IN 46390
Creditor:  Risk Management Alternatives, Inc., 1829 Reisterstown Rd., Suite 300, Baltimore, MD 21208

By electronic mail via CM/ECF:
Debtors' Attorney: David A. Foelber
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King