UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DAVID WAYNE KAISER          CASE NUMBER:    03-37179
SSN: xxx-xx-7894            CHAPTER 13

MARILYN ANN KAISER
SSN: xxx-xx-8830
Debtors

---

NOTICE TO WANATAH MERCANTILE COMPANY THAT
$420.14 HAS BEEN DEPOSITED INTO THE COURT'S
UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Wanatah Mercantile Company, creditor herein, and deposits $420.14 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Wanatah Mercantile Company was:

    Wanatah Mercantile Company
    208 W. Cross Street
    P. O. Box 456
    Wanatah, IN 46390

2. That several of the Standing Chapter 13 Trustee's disbursement checks were returned by the creditor's former bookkeeper with notification that the business, and the business bank account, had closed.

3. That this case is in the process of being closed;

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: September 13, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on September 13, 2010

By U.S. Mail postage prepaid

Debtors: David and Marilyn Kaiser, 303 N. Main St., P. O. Box 206, Wanatah, IN 46390
Creditor: Wanatah Mercantile Company, 208 W. Cross Street, P. O. Box 456, Wanatah, IN 46390

By electronic mail via CM/ECF:
Debtors' Attorney: David A. Foelber
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King